[No. 31499-5-III.   Division Three.   January 8, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIENNA M. MOSIER, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 12-1-00142-3, William D. Acey, J., entered February 11, 2013. *Affirmed in part* and *reversed in part* by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Brown, J.

[No. 31803-6-III.   Division Three.   January 8, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. VERNON RAY JOHNSON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 12-1-00307-3, John W. Lohrmann, J., entered June 24, 2013. *Remanded with instructions* by unpublished opinion per Siddoway, C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 63869-6-I.   Division One.   January 12, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH NJUGUNA NJONGE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-03125-6, Laura Gene Middaugh, J., entered July 22, 2009. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, C.J., and Leach, J.

[No. 70241-6-I.   Division One.   January 12, 2015.]

THE CITY OF BOTHELL, *Respondent*, v. ERIC SCOTT LEVINE, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-01269-1, Michael Hayden, J., entered March 15, 2013. *Affirmed* by unpublished opinion per Leach, J., concurred in by Spearman, C.J., and Appelwick, J.